AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America  
v.  
John Robert Chambers

Case No: 4:07-cr-00482-TLW  
USM No: 15565-171

Date of Original Judgment: 12/17/2008  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*

Michael A. Meetze  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  156  months **is reduced to**  138 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated  12/17/2008  shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 06/12/2015     s/ Terry L. Wooten  
*Judge's signature*

Effective Date: 11/01/2015     Terry L. Wooten, Chief United States District Judge  
*(if different from order date)*     *Printed name and title*